March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

Edwin Patricio Mina-Arce,

                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

S1 __19__-CR-__834__ ( )( )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [x] Initial Appearance/Appointment of Counsel
- [x] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [x] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence

_____[signed] for Edwin Mina-Arce_____         _____[signed]_____
Defendant's Signature                                        Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Edwin Patricio Mina-Arce             Clay H. Kaminsky
Print Defendant's Name                               Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

                                                                  _____[signed] Stewart D. Aaron_____

__4/7/21__                                             
Date                                                     U.S. Magistrate Judge