UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
: **ORDER REGULATING**
: **PROCEEDINGS**
- against - :
: 19 Cr. 834 (AKH)
:
EDWIN PATRICIO MINA-ARCE, :
:
*Defendant.* :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Having received Defendant Edwin Patricio Mina-Arce's motion to amend his sentence under 18 U.S.C. § 3582(c)(1), I order the Government to file their opposition brief, if any, no later than October 31, 2024.

SO ORDERED.

Dated:   October 15, 2024              /s/ Alvin K. Hellerstein
         New York, New York           ALVIN K. HELLERSTEIN
                                      United States District Judge