UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA         :     **ORDER**
:
v.                               :     19 Cr. 834 (AKH)
:
EDWIN PATRICIO MINA-ARCE         :
:
                      Defendant.  :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Edwin Patricio Mina-Arce's reply brief, filed on December 4, 2024, is moot. My Order of October 30, 2024 denied Defendant's motion, holding that he had failed to show adequate grounds to reduce his sentence. *See* ECF No. 45 (Order denying motion to modify sentence). I have read Defendant's reply brief, and it does not change my view. Defendant remains ineligible for a modification of his sentence under 18 U.S.C. § 3582(c)(1)(A) since he has not shown an extraordinary and compelling reason to do so. *See id.*

      The Clerk shall mail a copy of this Order, as well as ECF No. 45, to Defendant.

      SO ORDERED.

Dated:    December 4, 2024
            New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge